Joshua James **FROST**, Petitioner–Appellant,

v.

Ron **VAN BOENING**, Superintendent, Respondent–Appellee.

No. 11–35114.

United States Court of Appeals, Ninth Circuit.

Feb. 25, 2013.

Erik B. Levin, Assistant Federal Public Defender, Corey Endo, Federal Public Defender's Office, Seattle, WA, for Petitioner–Appellant.

John Joseph Samson, Assistant Attorney General, Attorney General's Office, Olympia, WA, for Respondent–Appellee.

D.C. No. 2:09–cv–00725–TSZ.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.